IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DARRYL HOY, et al. v. ANCHORAGE NEIGHBORHOOD HEALTH CENTER, INC.

JUDGE H. RUSSEL HOLLAND   CASE NO.   3:25-cv-0298-HRH

PROCEEDINGS:   ORDER FROM CHAMBERS

Plaintiffs' motion to remand this case to state court[1] has been fully briefed. The court is holding in abeyance the foregoing motion, awaiting receipt of advice from the parties regarding mediation.

Plaintiffs will please advise the court on or before **February 18, 2026**, as to whether or not the parties have agreed to mediation.

---

[1] Docket No. 17.